**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ERIC L. BRANCH, | ) | 3:14-cv-00423-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff has filed a motion for remand of the defendant's denial of his claim for social security disability benefits (#12), and the defendant has moved to affirm (#15). On July 1, 2015, the magistrate judge issued her report and recommendation recommending that the court deny the defendant's cross-motion to affirm, grant the plaintiff's motion, and remand for an award of benefits (#21). No objections to the report and recommendation have been filed, and the time for doing so has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record, and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Good cause appearing, the court

1

hereby **ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#21).

In accordance with the foregoing, defendant's cross-motion to affirm (#15) is **DENIED,** plaintiff's motion for remand (#12) is **GRANTED,** and this case is remanded to the Commissioner for an award of benefits.

IT IS SO ORDERED.

DATED: This 8th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

2